SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 479-4146
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CYNTHIA LEON GUERRERO PAULINO,<br><br>Defendant. | CRIMINAL CASE NO. 19-00038<br><br>**INFORMATION**<br><br>**POSSESSION OF FIFTY OF MORE GRAMS OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii); 18 U.S.C. § 2]<br><br>**NOTICE OF FORFEITURE**<br>[21 U.S.C. § 853] |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 1, 2018 in the District of Guam the defendant, CYNTHIA LEON GUERRERO PAULINO, knowingly and intentionally possessed with intent to distribute fifty (50) or more grams of methamphetamine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United State Code, Section 2.

INFORMATION - 1

## NOTICE OF FORFEITURE

1. The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of any Title 21 controlled substance offense alleged in this Information, the defendant, CYNTHIA LEON GUERRERO PAULINO, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

**MONEY JUDGMENT**

A sum of money representing the amount of proceeds obtained as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

//
//

INFORMATION - 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED this 3rd day of October, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney

INFORMATION - 3